UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :    26 Cr. 37 (LAP)
          - v. -                     :
                                     :        ORDER
JULIO PAULINO,                       :
                                     :
                    Defendant.       :
------------------------------------X

LORETTA A. PRESKA, Senior United States District Judge:

     The conference previously scheduled for today is adjourned until May 12, 2026, at 11:30 AM, in Courtroom 12A, 500 Pearl Street, New York, New York.  Time is excluded from today until May 12, 2026, from calculation under the Speedy Trial Act in the interest of justice.

**SO ORDERED.**

Dated: April 8, 2026
       New York, New York

_Loretta A. Preska_____
LORETTA A. PRESKA
Senior United States District Judge